MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

   -v.-

CALIFORNIA CANDLE SUPPLY,

                Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:23-cv-1594

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 6, 2023

                                              Respectfully Submitted,

                                              /s/Mark Rozenberg
                                              Mark Rozenberg, Esq.
                                              **Stein Saks, PLLC**
                                              One University Plaza
                                              Hackensack, NJ 07601
                                              mrozenberg@steinsakslegal.com
                                              Tel. 201-282-6500
                                              Fax 201-282-6501
                                              *Attorneys for Plaintiff*

## Certificate of Service

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 6th day of June, 2023          Respectfully Submitted,

                                            */s/ Mark Rozenberg*
                                            Mark Rozenberg

---

Because Plaintiff failed adequately to allege standing, the case is dismissed without prejudice.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

06/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE